08-072-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| CAMPBELL, ERNEST JR | 1133781<br>MY97 | 02/18/2007 |
| Defendant | VIOLATION OF PROBATION | **FILED**<br>FEB 0 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

07-872M   FTA -12/21/07  (LODGE AS A DETAINER WITH DC DETENTION CENTER)

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ ____MUST APPEAR____ may be Forfeited in Lieu of Appearance.

Date  12/21/07

_Thomas M. DiGirolamo_
United States Magistrate Judge
HON. THOMAS M DIGIROLAMO

## RETURN

| RECEIVED | DATE 02/8/08 | LOCATION D/DC |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT*

| | DATE 2/8/08 | LOCATION D/DC |
|---|---|---|
| Name T. Daly | Title DUSM | District D/DC |
| Date 02/8/08 | Signature | |

# United States District Court
# District of Maryland

UNITED STATES OF AMERICA

v.

ERNEST CAMPBELL, JR.

SUMMONS IN A
CRIMINAL CASE

Case No. 07-872M

08-072-M-01

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, Maryland 20770 | TBA |
| | DATE AND TIME<br>Dec. 21, 2007 at 10:30 a.m. |

To answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Violation Notice  ☒ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s)

Brief description of offense:

INITIAL APPEARANCE FOR PROBATION VIOLATION

_____
U.S. Magistrate Judge
THOMAS M. DiGIROLAMO

ISSUING OFFICER'S NAME and TITLE  U.S. MAGISTRATE JUDGE
THOMAS M. DIGIROLAMO, UNITED STATES MAGISTRATE JUDGE

DATE
December 4, 2007

(Rev 3/86)

**United States District Court**
for the
**DISTRICT OF MARYLAND**

08-072-M-01

U.S.A. vs. **Ernest Campbell Jr**                     Docket No.: 8:07-00872A

Petition on Probation

COMES NOW **Gregory J. Swillo** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Ernest Campbell Jr** who was placed on supervision for **DUI, a Class B misdemeanor***, by the Honorable **Thomas M. DiGirolamo, U.S. Magistrate Judge**, sitting in the court at **Greenbelt, Maryland**, on the **17th day of October, 2007** who fixed the period of supervision at **36 months**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

* Pursuant to 18 U.S.C. § 111, the maximum penalty for the offense of conviction is 6 months

1. The defendant is instructed to pay a Special Assessment in the amount of $10.00.
2. The defendant is instructed to pay a fine in the amount of $25.00.
3. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
4. The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
5. The defendant shall be placed on home detention for a period of six (6) months and abide by all the requirements of the program which will include electronic monitoring or other location verification system. During this time the defendant shall be restricted to his/her place of residence except for activities approved in advance by the probation officer. The defendant shall maintain a telephone at his/her place of residence without any "call forwarding", "Caller I.D.", "call waiting", modems, answering machines, cordless telephones, or other special services for above period..
6. The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.
7. The defendant shall not operate a motor vehicle during the term of probation unless the court approves otherwise.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS.

(If short insert here if lengthy write on separate sheet and attach)

Continues on following page

PRAYING THAT THE COURT WILL ORDER that a hearing be held requiring Ernest Campbell Jr to appear before this court to show cause why his supervision should not be revoked.

ORDER OF COURT
Considered and ordered as prayed this 29th day of Nov, 2007 and ordered filed and made a part of the records in the above case

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct,

_____
Gregory J. Swillo, Electronic Monitoring Specialist

Date   November 28, 2007

Reviewed and Approved By:
_____
Sharon D. Stewart, Supervisory U S Probation Officer

Place   Greenbelt, Maryland

PROB 12 continued
CAMPBELL JR, Ernest
Docket Number: 8:07-00872A
Page Number 2

WHEREAS    On November 5, 2007, the defendant submitted a urine sample which tested positive for PCP. This is in violation of the Statutory Condition which states that the defendant shall refrain from any unlawful use of a controlled substance.

WHEREAS    On November 6, 2007, the defendant failed to appear for his substance abuse and mental health intake appointment at the Family Health Center in Gaithersburg, MD. This is in violation of the Special Condition #3 which states the defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer; and Special Condition #4 which states the defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer

WHEREAS:    The defendant has an outstanding Special Assessment fee of $10 and Processing Fee of $25. This is in violation of Special Condition #1 which states the defendant is instructed to pay a Special Assessment in the amount of $10; and Special Condition #2 which states the defendant is instructed to pay a processing fee in the amount of $25.

**U.S. Probation and Pretrial Services**
# MEMORANDUM

08-072-M-01

DATE:       November 28, 2007

TO:         The Honorable Thomas M. DiGirolamo
            U.S. Magistrate Judge

FROM:       Gregory J. Swillo
            Electronic Monitoring Specialist

RE:         CAMPBELL JR, Ernest
            Docket No.: 8:07-00872A
            Exp. Date: 10/16/2010

SUBJ:       <u>Notice of Violation - Hearing Requested</u>

**Sentencing Information:**
On October 17, 2007, Ernest Campbell Jr appeared before Your Honor for sentencing subsequent to conviction for the offense of DUI. He was placed on probation for a period of 36 months, with the following conditions imposed: 1) The defendant is instructed to pay a Special Assessment in the amount of $10; 2) The defendant is instructed to pay a processing fee in the amount of $25; 3) The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer; 4) The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer; 5) The defendant shall be placed on home detention for a period of six (6) months and abide by all the requirements of the program which will include electronic monitoring or other location verification system; 6) The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer; and 7) The defendant shall not operate a motor vehicle during the term of probation unless the court approves otherwise.

**Subsequent Court Action:**
On October 29, 2007, a Notice of Noncompliance was submitted reflecting the defendant tested positive for marijuana and PCP. No court action was recommended, and the defendant was referred for substance abuse and mental health treatment at the Family Health Center in Gaithersburg, MD.

**Adjustment to Supervis    /Violations Alleged:**

When first placed on probation supervision, the defendant had recently moved in with Mr. and Mrs. Buffano at 4502 Woodland Drive, Silver Spring, MD. Additionally, the defendant reported he had been participating Tuesday through Saturday in the Academy of Professional Barbers and Stylists. The defendant explained he had been referred to the Academy by the DORS program, Maryland State Department of Education Division of Rehabilitation Services. The defendant advised he receives financial assistance from his mother who resides in Alabama and also by panhandling

Although initially agreed upon by Mr. and Mrs. Buffano for the defendant to reside with them, they have since declined to allow the defendant to reside in their home. They explained the defendant continues to have unwanted guests in their house. Additionally, they advised the defendant verbally threatens them when confronted about his behavior. The defendant has been given notice to move out of their residence by December 4, 2007.

On November 5, 2007, the defendant reported for an office visit and tested positive for PCP which he explained was residual from his October 30, 2007 positive urinalysis.

On November 7, 2007, he reported for an office visit to discuss his potential addresses and to provide verification of his schooling. Because the defendant did not have any school verification and was unsure about his pending residential situation, I directed him to report for a subsequent office visit on November 13, 2007.

On November 13, 2007, the defendant failed to report for an office visit but called to advise he was at the Academy of Professional Barbers and Stylists and unable to report. The defendant stated he submitted some apartment applications and would contact me by the end of week to advise of his residential situation. Following this telephone call, I received notification in the mail that he failed to report for his substance abuse/mental health intake appointment on November 6, 2007.

Because I did not hear from the defendant, I contacted his friend, Kimberly Boyd, on her cellular telephone on November 26, 2007. She advised she has not heard from the defendant in 2 days and related he has been residing at several different places. Ms. Boyd related she would advise the defendant to contact me as soon as possible. To date, I have not heard from the defendant, and he has been unable to accommodate electronic home monitoring. A letter was mailed to his residence directing him to report for an office visit on December 3, 2007.

I contacted the defendant's case worker at the DORS program, and she verified the defendant was referred to the Academy of Professional Barbers and Stylists and permitted $30 per week for transportation costs. However, she noted there has been no bill from the Academy and therefore, she was unaware of his attendance record.

Based on the above, this officer alleges the following violations of supervision:

1.   On November 5, 2007, the defendant submitted a urine sample which tested positive for PCP. This is in violation of the Statutory Condition which states that the defendant shall refrain from any unlawful use of a controlled substance

CAMPBELL JR, Ernes
Violation Report
Page 3

2. On November 6, 2007, the defendant failed to appear for his substance abuse and mental health intake appointment at the Family Health Center in Gaithersburg, MD. This is in violation of the Special Condition # 3 which states the defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer; and Special Condition #4 which states the defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

3. The defendant has an outstanding Special Assessment fee of $10 and Processing Fee of $25. This is in violation of Special Condition #1 which states the defendant is instructed to pay a Special Assessment in the amount of $10; and Special Condition #2 which states the defendant is instructed to pay a processing fee in the amount of $25.

**Recommendation:**
Based on the violations stated above, this officer respectfully recommends a hearing be held requiring Ernest Campbell Jr to appear before this court to show cause why his supervision should not be revoked.

I have attached a Form 12 for the Court to execute, should Your Honor concur.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3690.

Mr. Campbell Jr's last known address is '

Mr. Campbell Jr was represented at sentencing by Melissa Moore, Office of the Federal Public Defender, 6411 Ivy Lane, Suite 710, Greenbelt, MD 20770-4510.

The Government was represented at sentencing by Jane Nathan, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Attachment